652

435 A.2d 1322

Banks et al., Appellants v. Silver.

Argued March 2, 1981. Herman Blumenthal, for appellants; Max Silver, appellee, in propria persona.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment and order affirmed.

435 A.2d 1323

Chazak, Appellant v. Government Employees
Insurance, Co.

Argued September 9, 1980. Allen L. Feingold, for appellant; Marcy B. Tanker, did not file a brief on behalf of appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.